FILED:  April 22, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-7609

_____

JUSTIN M. LONGWORTH,

　　　　Plaintiff – Appellant,

v.

A. MANSUKHANI; ANTHONY T. SCARANTINO; PATRICK BURRELL; MATTHEW W. HAUGHT; SHERRY M. BECK,

　　　　Defendants – Appellees.

_____

O R D E R

_____

The court amends its opinion filed April 16, 2025, as follows:

On page 6, eight lines down, the date on which the district court entered its dismissal order is corrected to September 29, 2021.

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk